TOTAL TIME: **1** hours **0** minutes   HONORABLE **Stefan Underhill**
DEPUTY CLERK **Montz**   RPTR/ERO/TAPE **Catucci**

DATE **12-10-03**   START TIME **11:30**   END TIME **12:30**
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

CIVIL NO. **3:02cv10 (SRU)**

**Stiller**
vs.
**C Langelo**

Plaintiffs Counsel: **Christopher Major**
☐ SEE ATTACHED CALENDAR FOR COUNSEL
Defendants Counsel: **Thomas O'Dea Jr**

## COURTROOM MINUTES - CIVIL (check one box)

- ☑ (mhrg.) Motion Hearing
- ☐ (contphrg.) Contempt Hearing
- ☐ (pchrg.) Probable Cause Hearing
- ☐ (mischrg.) Miscellaneous Hearing
- ☐ (confmhrg.) Confirmation Hearing
- ☐ (evidhrg.) Evidentiary Hearing
- ☐ (fairhrg.) Fairness Hearing
- ☐ (showhrg.) Show Cause Hearing
- ☐ (jgmdbexam.) Judgment Debtor Exam
- ☐ (stlmthrg.) Settlement Hearing

MOTION DOCUMENT NO.

- ☑ #19  Motion **Deft's Mot for S.J.** — ☐ granted ☐ denied ☑ advisement
- ☑ #22  Motion **Plff's Mot for S.J.** — ☐ granted ☐ denied ☑ advisement

☐ Brief(s) due _____  ☐ Proposed Findings due _____  Response due _____

**Appearance of Christopher Major**  ☑ filed ☐ docketed

_____ Hearing continued until _____ at _____