*United States District Court*
*District of Connecticut*
**FILED AT     BRIDGEPORT**

December 10, 2003
Kevin F. Rowe, Clerk
By: /s/ Olivia Mont
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| **RICHARD STILLER,** | CIVIL ACTION NO.: CV 3:02 CV 10 (SRU) |
| Plaintiff, | |
| -against- | |
| **LOUIS J. COLANGELO and MINTZ & COLANGELO,** | |
| Defendants. | December 10, 2003 |

### APPEARANCE

Please enter my appearance as Attorney for the Plaintiff, Richard Stiller, in the above-entitled case.

Dated this 10th day of December, 2003.

PLAINTIFF
RICHARD STILLER

By: _____
Christopher J. Major, Esq. (CT23461)
**ROBINSON & COLE LLP**
695 East Main Street
P.O. Box 10305
Stamford, CT 06904-2305
(203) 462-7500
cmajor@rc.com

STAM1-748153-1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served via facsimile and first-class mail, postage prepaid, this 10th day of December, 2003, to the following party:

Thomas P. O'Dea, Jr.
Halloran & Sage LLP
315 Post Road West, Westport, CT 06880

_____
Christopher J. Major