FILED

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

2003 DEC 10  A 10: 51

| | |
|---|---|
| RICHARD STILLER; | : CIVIL ACTION NO. |
| Plaintiff | : 3:02 CV10 (SRU) |
| VS. | : |
| MINTZ & COLANGELO, ET AL | : DECEMBER 9, 2003 |
| Defendants | |

## APPEARANCE

Please enter my appearance as Attorney for the defendants, **Mintz & Colangelo and Louis J. Colangelo, Jr.**, in the above-entitled case in addition to Attorney Brett M. Szczesny and Attorney James M. Sconzo.

THE DEFENDANTS,

BY: _____
Thomas P. O'Dea, Jr.
Halloran & Sage, LLP
315 Post Road West
Westport, CT 06880
203-227-2855
Federal Bar Number: CT 10390

## CERTIFICATION

This is to certify that on this 4[?] day of December, 2003, the foregoing was either mailed, postpaid, or hand-delivered to:

Brian E. Moran, Esq.
Robinson & Cole LLP
Financial Centre
695 E. Main Street
P.O. Box 10305
Stamford, CT 06904

Thomas P. O'Dea, Jr.

493496.1(HS-FP)