UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Richard Stiller

V.                              Case Number: 3:02cv10 (SRU)

Louis J. Coangelo, Jr., et al

NOTICE TO COUNSEL
--------------------

    The above-entitled case was reported to the Court on <u>6/16/04</u> to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (30) days thereafter.

    Accordingly, an order of dismissal will be entered on July 16, 2004 unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

    Dated at Bridgeport, Connecticut, June 17, 2004.


                              KEVIN F. ROWE, CLERK

                              By: <u>/s/ Alice Montz</u>_____
                                    Alice Montz
                                    Deputy Clerk