IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RICHARD STILLER, | : | CIVIL ACTION NO.: |
| | : | CV 3:02 CV 10 (SRU) |
| Plaintiff, | : | |
| | : | |
| -against- | : | |
| | : | |
| LOUIS J. COLANGELO and | : | |
| MINTZ & COLANGELO, | : | |
| | : | |
| Defendants. | : | July 16, 2004 |
| | : | |

## NOTICE THAT SETTLEMENT IS NOT COMPLETE
## AND REQUEST THAT CASE NOT BE DISMISSED

Pursuant to Local Rule of Civil Procedure 41(b) and the Court's Notice to Counsel, dated June 17, 2004, the plaintiff Richard Stiller ("Stiller") hereby provides notice that the settlement of the above-captioned action is not complete and therefore requests that the case not be dismissed.

The case was reported to the Court as settled on June 16, 2004. However, the parties are still finalizing the written agreement memorializing the settlement, which Stiller expects to be complete within two weeks.

STAM1-761620-1

WHEREFORE, Stiller respectfully requests that the Court not dismiss this case and extend its dismissal order for two weeks to allow the parties time to complete and execute the written settlement agreement.

Dated this 16th of July, 2004

                                    PLAINTIFF
                                    RICHARD STILLER

By: _____
      Brian E. Moran, Esq. (CT 05058)
      Christopher J. Major, Esq. (CT 23461)
      **ROBINSON & COLE LLP**
      695 East Main Street
      P.O. Box 10305
      Stamford, CT  06904-2305
      (203) 462-7500
      bmoran@rc.com
      cmajor@rc.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served via first-class mail, postage prepaid, this 16th day of July, 2004, to the following party:

Thomas P. O'Dea, Jr.
Halloran & Sage LLP
315 Post Road West, Westport, CT 06880

_____
Christopher J. Major, Esq.